JAMES C. NIELSEN (111889)
 *jnielsen@nkllp.law*
MELISSA A. WURSTER (198899)
 *mwurster@nkllp.law*
NIELSEN KATIBAH LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Telephone:  (415) 693-0900
Facsimile:  (415) 693-9674

Attorneys for defendant/cross-defendant,
Philadelphia Indemnity Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS INSURANCE COMPANY, PHILADELPHIA INDEMNITY INSURANCE COMPANY, Does 1 through 20,<br><br>Defendants.<br>─────────────────────────<br>AND RELATED COUNTER-CLAIM AND CROSS-CLAIM | Case no. 3:18-cv-05504 CRB<br><br>Honorable Charles R. Breyer<br><br>**STIPULATION AND [PROPOSED] ORDER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[Civil Local Rules 3-12 & 7-11] |

This Stipulation is entered into by and among Philadelphia Indemnity Insurance Company, Gregory Kuhl, Ann Wrixon, Landmark American Insurance Company, and Navigators Insurance Company, by and through their respective counsel.

WHEREAS, *Landmark American Insurance Company v. Navigators Insurance Company,*

---
1
STIPULATION AND ~~PROPOSED~~ ORDER TO DEEM CASES RELATED
3:18-CV-5504 CRB

*Philadelphia Indemnity Insurance Company et al.,* case number 3:18-cv-05504-CRB, was filed in this court on September 7, 2018 and is now assigned to the Honorable Charles R. Breyer in the San Francisco Division ("Landmark action");

WHEREAS, *Philadelphia Indemnity Insurance Company v. Gregory Kuhl and Ann Wrixon*, case number 4:20-cv-03708-HSG, was filed in this court on June 4, 2020 and has been reassigned to the Honorable Haywood S. Gilliam, Jr., in the Oakland Division ("Philadelphia action");

WHEREAS, both cases arise from the same underlying bankruptcy adversary proceedings against Gregory Kuhl and Ann Wrixon, respectively a former board member and executive director of debtor Independent Adoption Center ("IAC").  Landmark, Navigators and Philadelphia each insured IAC, Kuhl and Wrixon, but did so under different types of policies that were effective during different time periods.  Both cases involve the same underlying adversary proceedings, common insurance policies and common parties.

WHEREAS, Landmark is the plaintiff and Navigators and Philadelphia are defendants in the Landmark action, which concerns their respective insurance coverage obligations to their common insureds, Kuhl and Wrixon.

WHEREAS, Philadelphia is the plaintiff and Kuhl and Wrixon are defendants in the Philadelphia action, in which Philadelphia seeks reimbursement of a settlement payment and defense fees paid in connection with the underlying adversary proceedings;

WHEREAS, counsel for the parties in both actions agree that the cases involve common questions of law and fact and agree that the Philadelphia action should be related to the Landmark action and assigned to Judge Breyer to avoid the possibility of conflicting results, duplication of effort and undue expenditure of party and Court resources that may result if the cases are conducted before different judges;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to the Landmark Action and the Philadelphia Action, that:

1. The following actions are related cases within the meaning of Local Civil Rule 3-

12(a):

    a. *Landmark American Insurance Company v. Navigators Insurance Company, Philadelphia Indemnity Insurance Company et al.,* case number 3:18-cv-05504 CRB; and

    b. *Philadelphia Indemnity Insurance Company v. Gregory Kuhl and Ann Wrixon*, case number 4:20-cv-03708-HSG.

2. The above-captioned actions should be deemed related under Local Rule 3-12(b) as set forth in the accompanying Administrative Motion to Consider Whether Cases Should Be Related.

This stipulation is deemed executed as of June 26, 2020 and is without prejudice to any other rights that any party may have.

| NIELSEN KATIBAH LLP | PILLSBURY & COLEMAN LLP |
|---|---|
| By: /s/ James C. Nielsen<br>James C. Nielsen<br>Melissa A. Wurster<br>ATTORNEYS FOR PHILADELPHIA<br>INDEMNITY INSURANCE COMPANY | By: /s/ Eric K. Larson<br>Eric K. Larson<br>Attorneys for<br>GREGORY KUHL |
| FARELLA BRAUN + MARTEL | MUSICK PEELER & GARRETT LLP |
| By: /s/ Mary E. McCutcheon<br>Mary E. McCutcheon<br>Patrick S. Loi<br>Attorneys for<br>ANN WRIXON | By: /s/ Teresa Cho<br>David A. Tartaglio<br>Theresa Cho<br>Attorneys for LANDMARK AMERICAN INSURANCE COMPANY |
| GREENAN, PEFFER, SALLANDER & LALLY LLP | |
| By: /s/ Robert G. Seeds<br>Robert L. Sallander, Jr.<br>Robert G. Seeds<br>Attorneys for NAVIGATORS INSURANCE COMPANY | |

**E-FILING ATTESTATION**

I, Melissa A. Wurster, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

/s/  Melissa A. Wurster

---

4
STIPULATION AND ~~PROPOSED~~ ORDER TO DEEM CASES RELATED
3:18-CV-5504 CRB

**[PROPOSED] ORDER**

Having considered the parties' Stipulation, and good cause appearing, the Court hereby GRANTS the parties' Stipulation. *Landmark American Insurance Company v. Navigators Insurance Company, Philadelphia Indemnity Insurance Company et al.,* case number 3:18-cv-05504 CRB and *Philadelphia Indemnity Insurance Company v. Gregory Kuhl and Ann Wrixon*, case number 4:20-cv-03708-HSG, shall be deemed related pursuant to Civil Local Rule 3-12(a) and the above-captioned actions shall be assigned to the Honorable Charles R. Breyer.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June  29 , 2020

_____
Honorable Charles R. Breyer
United States District Court Judge