**MUSICK, PEELER & GARRETT LLP**
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376

David A. Tartaglio (State Bar No. 117232)
 *d.tartaglio@musickpeeler.com*
Chad A. Westfall (State Bar No. 208968)
 *c.westfall@musickpeeler.com*

Attorneys for LANDMARK AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>     vs.<br><br>GREGORY KUHL and ANN WRIXON,<br><br>           Defendants. | CASE No. 3:20-cv-03708-CRB<br><br>The Hon. Charles R. Breyer<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br> ORDER |
| ANN WRIXON,<br><br>           Third Party Plaintiff,<br><br>     vs.<br><br>LANDMARK AMERICAN INSURANCE COMPANY,<br><br>           Third Party Defendant. | |
| AND RELATED COUNTERCLAIM | |

Pursuant to FRCP 41, the parties to this action hereby stipulate and agree to the dismissal of this entire matter with prejudice, each side to bear their own attorneys' fees and costs.

DATED: February 2, 2021    MUSICK, PEELER & GARRETT LLP

By:    */s/ Chad A. Westfall*
       Chad A. Westfall
       Attorneys for LANDMARK AMERICAN
       INSURANCE COMPANY

DATED: February 2, 2021    GREENAN, PEFFER, SALLANDER & LALLY LLP

By:    */s/ Robert L. Sallander, Jr.*
       Robert L. Sallander, Jr.
       Robert G. Seeds
       Counsel for NAVIGATORS INSURANCE
       COMPANY

DATED: January    , 2021    de LUCA LEVINE LLC

By:    */s/Kenneth T. Levine*
       Kenneth T. Levine
       Andrew Hunt
       Counsel for PHILADELPHIA INDEMNITY
       INSURANCE COMPANY

DATED: February 2, 2021    PILLSBURY & COLEMAN, LLP

By:    */s/ Rick Larson*
       Rick Larson
       Attorneys for Gregory Kuhl

DATED: February 2, 2021    FARELLA BRAUN + MARTELL LLP

By:    */s/ Shanti Eagle*
       Shanti Eagle
       Mary McCutcheon
       Attorneys for ANN WRIXON

**MUSICK, PEELER & GARRETT LLP**

1268983.1

2

Case No. 3:20-cv-03708-CRB

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**SIGNATURE CERTIFICATION**

Pursuant to rule 5-1(i)(3) of the Civil Local Rules of this court, I hereby Certify that the content of this document is acceptable to counsel identified in the signature blocks above and that I have obtained their authorization to affix their electronic signatures to this document.

DATED: February 2, 2021            MUSICK, PEELER & GARRETT LLP

By: _/s/ Chad A. Westfall_
Chad A. Westfall
Attorneys for LANDMARK AMERICAN INSURANCE COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 2, 2021

_____
U.S. District Court Judge